```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
                     HOUSTON DIVISION
```

VICTOR CAMPOS AND MARY CAMPOS, §
§
       Plaintiffs, §
§
v. §    CIVIL ACTION NO. H-03-5628
§
BRUCKNER-MASCHINENBAU GMBH, §
§
       Defendant. §

## FINAL JUDGMENT

    For the reasons set forth in the separate Memorandum and Order signed this day, it is

    ORDERED that Defendant Bruckner-Maschinenbau GmbH's Motion for Summary Judgment (Document No. 29) is GRANTED, and Plaintiffs Victor and Mary Campos's case is DISMISSED on the merits.

    This is a **FINAL JUDGMENT.**

    The Clerk will enter this Order, providing a correct copy to all counsel of record.

    SIGNED at Houston, Texas, on this 28th day of November, 2005.

                                      _____
                                          EWING WERLEIN, JR.
                                   UNITED STATES DISTRICT JUDGE